SEARS, ROEBUCK AND COMPANY, Respondent, v. HELEN B. ANTHONY, Appellant, and DANIEL M. ANTHONY, Defendant.— Judgment and order affirmed, with costs. All concur. (The judgment is for the purchase price of merchandise. The order denies a motion for a new trial on the minutes.)

DALY LUMBER COMPANY, INCORPORATED, Respondent, v. HARRY M. EHLE and Another, Appellants.— Judgment affirmed, with costs. All concur. (The judgment affirms a Municipal Court judgment for materials furnished under a building loan contract.)

PHILIP N. SMITH and Another, Appellants, v. OTTO A. THAMM, Respondent.— Judgment affirmed, with costs. All concur. (The judgment dismisses the complaint in an action to enjoin using premises as a milk dairy.)

DAVID W. CRAMER, Respondent, v. AUTOMOBILE INSURANCE COMPANY OF HARTFORD, CONNECTICUT, and Another, Appellants.— Judgment and order affirmed, with costs. All concur. (The judgment is for damages under a combination fire and liability insurance policy. The order denies a motion for a new trial on the minutes.)

In the Matter of the Application of SETH M. GOOLD for an Order of Mandamus, Respondent, against HERBERT J. VOSBURGH, Mayor, and Others, Trustees, Composing the Village Board of the Village of Brockport, a Municipal Corporation, Appellants.— Order of peremptory mandamus affirmed, with costs. All concur. (The peremptory mandamus order directs reinstatement of petitioner as janitor of a public building.) [152 Misc. 599.]

JOHN KAHUTE, Respondent, v. MILDRED KAHUTE, Appellant.— Interlocutory judgment affirmed, without costs on this appeal. All concur. (The interlocutory judgment grants an absolute divorce.)

In the Matter of the Application of WILLIAM R. CAHILL and Others (422–428 S. Salina Street), Respondents, for an Order to Show Cause Addressed to CLIFFORD GOES and Others, Constituting the Board of Assessors of the City of Syracuse, N. Y., Requiring Them to Appear and Show Cause Why the Assessment of the Property of the Petitioner upon the Assessment Rolls of Said City of Syracuse for the Year 1933 Should Not Be Corrected and Vacated by Said Board of Assessors, Appellants.— Motion for a reargument denied, with ten dollars costs; motion for leave to appeal to the Court of Appeals denied.

In the Matter of the Application of WILLIAM R. CAHILL and Others (422–428 S. Salina Street), Respondents, for an Order to Show Cause Addressed to CLIFFORD GOES and Others, Constituting the Board of Assessors of the City of Syracuse, N. Y., Requiring Them to Appear and Show Cause Why the Assessment of the Property of the Petitioner upon the Assessment Rolls of Said City of Syracuse for the Year 1934 Should Not Be Corrected and Vacated by Said Board of Assessors, Appellants.— Motion for a reargument denied, with ten dollars costs; motion for leave to appeal to the Court of Appeals denied.

In the Matter of the Application of LEROY B. WILLIAMS, Respondent, for an Order to Show Cause, Addressed to CLIFFORD GOES and Others, Constituting the Board of Assessors of the City of Syracuse, etc., Appellants.— Motion for a reargument denied, with ten dollars costs; motion for leave to appeal to the Court of Appeals denied.